IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Coqmard, Carmella S

Printed: 10/22/08

Case Number: 07 B 13896
Judge: Hollis, Pamela S
Filed: 8/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: September 8, 2008
Confirmed: October 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,839.15 |  |
| Secured: |  | 1,408.49 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 326.12 |
| Trustee Fee: |  | 104.54 |
| Other Funds: |  | 0.00 |
| Totals: | 1,839.15 | 1,839.15 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,454.00 | 326.12 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial | Secured | 0.00 | 0.00 |
| 5. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 6. | Nuvell Credit Company LLC | Secured | 3,516.06 | 1,164.55 |
| 7. | Monterey Financial Services | Secured | 875.35 | 243.94 |
| 8. | Beneficial Illinois Inc | Secured | 1,515.40 | 0.00 |
| 9. | Saxon Mortgage Services Inc | Secured | 23,192.78 | 0.00 |
| 10. | Dakota State Bank | Unsecured | 241.45 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | 1,123.38 | 0.00 |
| 12. | Nuvell Credit Company LLC | Unsecured | 0.00 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 242.66 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 286.00 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 674.71 | 0.00 |
| 16. | Nicor Gas | Unsecured | 170.36 | 0.00 |
| 17. | United States Dept Of Education | Unsecured | 3,080.68 | 0.00 |
| 18. | Prosper Market Place Inc | Unsecured | 904.56 | 0.00 |
| 19. | Ambulatory Surgicenter | Unsecured | 82.50 | 0.00 |
| 20. | Student Loan Marketing Assn | Unsecured |  | No Claim Filed |
| 21. | AT&T | Unsecured |  | No Claim Filed |
| 22. | CitiFinancial | Unsecured |  | No Claim Filed |
| 23. | IC Collections | Unsecured |  | No Claim Filed |
| 24. | Simmons First National Bank | Unsecured |  | No Claim Filed |
| 25. | Professional Account Management | Unsecured |  | No Claim Filed |
| 26. | AmSher Collection Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Coqmard, Carmella S

Printed: 10/22/08

Case Number:  07 B 13896
Judge:  Hollis, Pamela S
Filed:  8/2/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27.  USA Credit | Unsecured |  | No Claim Filed |
|  |  | $ 39,359.89 | $ 1,734.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 73.66 |
| 6.5% | 30.88 |
|  | $ 104.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

